# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN ASHBURN,

       Petitioner,

-vs-

DONALD GAETZ, Warden,

       Respondent.                          No. 09-CV-373-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 18, 2012, petitioner's claims are **DISMISSED** with prejudice.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**

                                  **BY:**        **/s/*Sara Jennings***
                                                  **Deputy Clerk**

Dated: September 18, 2012

Digitally signed by David R. Herndon
Date: 2012.09.18 15:25:28 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT